OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
Northern District of Oklahoma
411 UNITED STATES COURTHOUSE
333 West Fourth Street
Tulsa, Oklahoma 74103-3819

Phil Lombardi
Clerk of Court

Telephone (918) 699-4700
Fax (918) 699-4756

October 24, 2001

Mr. Patrick Fisher, Clerk
Tenth Circuit Court of Appeals
1823 Stout Street
Denver, Colorado 80257

IN RE:   Case No.:   00-cv-1008-E
         10th Circuit Case No.: 01-5092
         Plaintiff:   Daniel W Mahon
         Defendant:   American Airlines, Inc

Dear Mr. Fisher,

Please be advised that the record on appeal is complete. Transcripts are not necessary or already filed for the purpose of appeal.

If there is anything further needed, please do not hesitate to contact me.

Very truly yours,

Phil Lombardi, Clerk of Court

*B. McCullough*

By: B. McCullough, Deputy Clerk

cc: All counsel of record