IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

**FILED**
SEP - 9 2004
Phil Lombardi, Clerk
U.S. DISTRICT COURT

| | | |
|---|---|---|
| DANIEL W. MAHON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 00-CV-1008-E |
| | ) | |
| AMERICAN AIRLINES, INC., | ) | |
| a Delaware Corporation | ) | |
| | ) | ENTERED ON DOCKET |
| Defendant | ) | DATE SEP 1 0 2004 |

## JUDGMENT

In accord with the Order filed this date sustaining the Defendant's Motion for Summary Judgment, the Court hereby enters judgment in favor of the Defendant, American Airlines, Inc. and against the Plaintiff, Daniel W. Mahon.

IT IS SO ORDERED THIS 9TH DAY OF Sept., 2004.

*James O. Ellison*
JAMES O. ELLISON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

34